(1)

5-20-2017

United States District Court
For the Southern District of Miami
Florida Division.

FILED by AG D.C.
MAY 31 2017
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

Figueroa Negron Eduardo
Plaintiff

cat/div 550/1983/MIA
Case # _____
Judge _____ Mag WHITE
Motn Ifp NO Fee pd $ —
Receipt # _____

V.S.

Jesus Cerena     Your Superior
it the year 2007. I've been raped
And my ex-wife and his son TAMPA St
TAMPA Florida Jesus cerena Lawsuit
Damadge violated Amendment I (1791).
Amendment VIII. violated sexal ( ex wife
Sabrina Espotito Ruiz his son Joel
one year and my I got the puches
in Drogaron and me. Lawsuit
Jesus cerena Florida Department of
Corrections 1313. N. TAMPA St Suite #
438 TAMPA, Florida 33602. Damadge

Pursones of 28 USC. # 1915(a5).
civil Righ complaint to 28 USC.
# 1915(9).



In the year 2007 of the day on the street Tampa St, Tampa, Florida they brought my ex wife and his son the raped her And the I arrive police for a call 911 and then this Jesus wrenA your superior Florida department of corrections 1313 N. Tampa St Suite # 438 Tampa Florida 33602 And by radio of cop notifyes not stay nothing and raped us. verifical the call 911. in the year 2007 How time by the day And they will see this Police Is that they call And they say not yet Any violation setuAl and this police it is Assumed were in his office the are official of ProbAtion not was her department of work day of the week this police is dangerous what are you wearing there's still more people that were And I can And tell them.

③

First name that were and raped us. Figueroa Negrón Eladio alias Pedro El Escamoso, Georgina Negrón Ayala, Leticia Figueroa Negron and husband and family from his husband. Jesica Figueroa Negrón and her husband and his two sons Yemuel Molina Figueroa Luis Samuel Molina Figueroa and the husband from Samuel Molina, and family. Minerva Negrón Ayala Eladia Negrón Ayala Fundador Figueroa Negrón and his wife and his sons and the wives of their children Luis Figueroa Negrón Ayala and his wife and its daughters Ricardo Figueroa Negrón his wife and his children Maria Negrón Ayala and their children the father of their children. Tony Scaso the brother Tony Scaso, Jacier Nieves Negrón and his wife and father Jacier Nieves Negrón. his daughter Sonia Gonsalez and his sons



And granddaughter Ermenarda Figueroa and her husband and the uncles of the husband of Ermenarda Figueroa his two brothers Dino Figueroa Gavi Figueroa and wife and his mother Juanita Daniela Fran Castro phone 1 803-412 2066. Paula Castro phone 847 682-7044 these they are family mine but they do not serve. Pedro Calero promoter Dominican Boxing Bob Arum promoter Top Rank Boxing. Man Miller Jery Ortiz Ceillo Tampa Fl. Hurricane Boxing Gym. 6600 32 an ave Stampa Fl 33619. Miguel Cotto Vazquez and brothers. Felix Jr. Trinidad Garcia tito Trinidad Jr. his mother and the first wife tito Trinidad Oscar De La Hoya and wife Millie Corretjer. Manny Pacquiao and wife Freddie Roach. Julio Cesar Chavez and her two sons and the mother two sons. Roy Jones Jr. and wife and his mother Bernard Hopkins Don King

(5)

Mike Tyson. Daddy Yankee Ramon Luis Ayala Rodriguez Bass Rasta y Ringo lito y polaco Rafael Sierra lito MC Cassidy). Don Omar and Jackie Guerido. Hector el Father Hector Luis Delgado Roman. tito el Bambino Don Chezina and mother Eddie Dee eddie Alexander Avilla ortiz. Coscculleta Jose Fernando tendota poni Jose Fernando Rivera Morales. Calle 13 Rene Perez. la guanabanas Vico C. luis Armando lozada cruz. charlie and felito PoinSreakers DJ Eric MC (e)A Tempo David Sanchez Badillo Beyonce Jay Z. Jennifer lopez Marc Anthony Dayanara Torres Delgado. Shakira. Eobi Drago Ricky Martin. Thalia Tommy Mottola El Gordo y la Flaca Raul de Molina Lili Estefan, Emilio Estefan, Gloria Estefan.



(6)

Gloria trevi empire mohammad-
ali his wife your son his daughter
pelicula Y estrella's a stores I can
edentify them a stores talento
del barrio 2008 pelicula.
DJ Khaled wiso G. pitbull
armando christian perez
madonna louise veronica. drug
dealer Sose Clemente pinto and
wife and mother brothers children
they live in puerto rico sector
ingenio 26. toa baja. missing more
people I can edentify them I
need that the court federal
protection for my ex-wife
I love her and I want be my
wife lives in the year 2007
Tampa, florida sabrina expósito
Ruiz and his son joel.
the father his son I violated

(11)

US court of Appens is for the
eleventh circuit.

Certificate Service.

depositid in the mail.

Figueroa. VS.  Jesus arena your Superior
Plaintiff         Defendants

and propery adressed to person,
maned and a adresed a relisted sellow.
united states district court Southern
district of Florida office of
the clerk- Room PN09 400 North
Miami Avenue Miami Florida 33128-
7716.

Figueroa
Figueroa
Plaintiff
Pro-SE



I have READ the foregoing complaint and hereby verify that the matters alleged there in are true and correct I certify under penalty of perjury that the foregoing is true and correct pursuant to 28 USC. § 1746.



## Exhaustion Legal Remedies.

Plaintiff Figueroa Negrón Eduardo to TRAY to solve problem.

Place for Relief 10,000,000000. Billon.



Figueroa-Negron Edwin do
PO Box 1734994
Tampa, Florida 33672

75

United States District Court Southern District of Florida Office of the Clerk Room 8N09 400, North Miami Avenue Miami Florida 33128-7716